UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIRST EQUITY CORPORATION,
a Michigan corporation; COMPUSONICS
VIDEO CORPORATION, a Colorado
corporation; and ENERCORP, INC., a
Colorado corporation,

    Plaintiffs,

v.                                                                                          Case No. 05-70341

TARGET HOLDING B.V., i.o., a                                     HONORABLE AVERN COHN
Netherlands partnership; TARGET
HOLDING B.V., a consummated
Netherlands business entity; SENOL
HALFAR; ADRIAN DIETGARD; GEORGE
BURMANN; DANA BURMANN; H.J.
GÜLLÜG; HALFAR CONSULTING,
Gmbh, a German entity; and
GUNNALLEN FINANCIAL, INC., a
Florida corporation,

    Defendants.

_____/

## ORDER

This is a breach of contract case. For the reasons stated on the record on June 30, 2005, during oral argument on defendants' motion to dismiss, the following parties are DISMISSED WITHOUT PREJUDICE:

    (1)    Enercorp, Inc.

    (2)    Target Holding B.V., i.o.

    (3)    Adrian Dietgard

    (4)    Dana Burmann

(5)	H.J. Güllüg

(6)	Halfar Consulting, Gmbh.

Plaintiffs shall have thirty (30) days from the date of this order in which to file an amended complaint against the defendants:

(1) Target Holding B.V.

(2) Senol Halfar

(3) George Burmann

(4) GunnAllen Financial, Inc.

The amended complaint must articulate plaintiffs' claims with particularity and state which claims apply to which defendants.

SO ORDERED.


Dated: July 01, 2005
           s/Avern Cohn
           AVERN COHN
           UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was sent to counsel of record on this date, July 01, 2005, by electronic and/or ordinary mail.

           s/Julie Owens
           Case Manager, (313) 234-5160