UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIRST EQUITY CORPORATION and
COMPUSONICS VIDEO CORPORATION,

    Plaintiffs,

-vs-

                       Case No. 05-70341
                       Hon: AVERN COHN

TARGET HOLDING B.V.,
SENOL HALFAR,
GEORGE BURMANN and
GUNNALLEN FINANCIAL, INC.,

    Defendants.
_____/

## ORDER

The Court held a status conference on September 15, 2006 relating to pending motions.

The motions to withdraw and motion for stay will be scheduled for hearing.

Plaintiffs shall have twenty-one (21) days in which to respond to Defendant Gunnallen Financial, Inc's First Set of Discovery Requests to Plaintiffs.

Defendant Gunnallen's motion for sanctions is stayed pending further order of the Court.

The Scheduling Order entered February 9, 2006 is amended as follows:

    1.    Discovery closes December 31, 2006, except that foreign discovery closes February 28, 2007.

    2.    Expert reports are due as follows:

1

   (a) Plaintiffs: November 1, 2006

   (b) Defendants: December 1, 2006

 3. The final pretrial conference will be held on April 10, 2007 at 2:00 p.m.  A separate order will be entered relating to the conference.

 4. Final witness and exhibit lists shall be included in the joint pretrial statement.

 5. The date for trial will be set at the final pretrial conference.

SO ORDERED.


Dated: September 15, 2006   s/Avern Cohn
            AVERN COHN
            United States District Judge

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, September 15, 2006, by electronic and/or ordinary mail.

            s/Julie Owens
            Case Manager, (313) 234-5160


S:\LORI\Cases\First Equity v. Target\Scheduling Order 2.wpd