UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIRST EQUITY CORPORATION and
COMPUSONICS VIDEO CORPORATION,

    Plaintiffs,

                                    Case No. 05-70341

-vs-                                   Hon:  AVERN COHN

TARGET HOLDING B.V.,
SENOL HALFAR,
GEORGE BURMANN and
GUNNALLEN FINANCIAL, INC.,

    Defendants.
_____/

## ORDER

On October 26, 2006, the Court held a hearing on the record on the following motions:

> The motions of Moye & White, LLP and Jaffe, Raitt, Heuer & Weiss to withdraw as counsel for defendants Target Holding, B.V. and Senol Halfar;
>
> Motion of defendants George Burmann and Gunnallen Financial, Inc. to stay proceedings against Target Holding, B.V. until a determination can be made as to who owns the controlling interest in Target Holding, B.V.

For the reasons stated on the record the motions to withdraw as counsel are GRANTED, and the motion to stay proceedings is DENIED.

The deadlines set in the amended scheduling order of September 15, 2006, stand. Should any party fail to meet these deadlines, the Court will entertain a motion to default

that party.  Should a default judgment be entered against a party it will be without prejudice as to the rights of the other parties in the premises.

Target and Halfar are urged to find substitute counsel as soon as possible to assure that their interests are adequately protected.

SO ORDERED.

        s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated:  October 26, 2006

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, October 26, 2006, by electronic and/or ordinary mail.

        s/Julie Owens
Case Manager, (313) 234-5160