UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIRST EQUITY CORPORATION,
a Michigan corporation and
COMPUSONICS VIDEO CORPORATION,
a Colorado corporation,

    Plaintiffs,

-vs-

Case No. 05-70341
Hon: AVERN COHN

TARGET HOLDING B.V.,
A consummated Netherlands business entity;
SENOL HALFAR,
a citizen of Turkey and Germany;
GEORGE BURMANN,
a citizen of Germany and a resident of the
United States; and
GUNNALLEN FINANCIAL, INC.,
A Florida corporation,

**ORDER**

    Defendants,

and

GUNNALLEN FINANCIAL, INC.,

    Interpleader-Plaintiff,

-vs-

SENOL HALFAR, a citizen of Turkey and Germany;
TARGET HOLDING B.V.; a consummated Netherlands
business entity; THOMAS BRANCELEONE, a Michigan
resident; and TS INDUSTRIES, LLC, a Michigan limited
liability company,

    Interpleader-Defendants.
_____/

# **ORDER**

Interpleader plaintiff, Gunnallen Financial, Inc. has filed a pleading styled

> Defendant Gunnallen Financial, Inc.'s Third-Party Complaint
> and Cross-Claim for Interpleader

The pleading states that it maintains a brokerage account which holds certain securities which is the subject of the interpleader. To move the interpleader action forward:

1. Gunnallen shall file an inventory of the account within ten (10) days.

2. The Court will hold a hearing on **Thursday, June 07, 2007 at 11:30 am** at which it will consider entertaining an order directing that the account be liquidated and the proceeds deposited with the registry of the Court.

Notice of the hearing shall be given to all of the parties to the interpleader by Gunnallen. A proof of service shall be filed.

SO ORDERED.

    s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: May 7, 2007

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, May 7, 2007, by electronic and/or ordinary mail.

    s/Julie Owens
Case Manager, (313) 234-5160