UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIRST EQUITY CORPORATION,
a Michigan corporation and
COMPUSONICS VIDEO CORPORATION,
a Colorado corporation,

    Plaintiffs,

-vs-

Case No. 05-70341
Hon: AVERN COHN

TARGET HOLDING B.V.,
A consummated Netherlands business entity;
SENOL HALFAR,
a citizen of Turkey and Germany;
GEORGE BURMANN ,
a citizen of Germany and a resident of the
United States; and
GUNNALLEN FINANCIAL, INC.,
A Florida corporation,

    Defendants,

and

GUNNALLEN FINANCIAL, INC.,

    Interpleader-Plaintiff,

-vs-

SENOL HALFAR, a citizen of Turkey and Germany;
TARGET HOLDING B.V.; a consummated Netherlands
business entity; THOMAS BRANCELEONE, a Michigan
resident; and TS INDUSTRIES, LLC, a Michigan limited
liability company,

    Interpleader-Defendants.
                                                                    /

**AMENDED ORDER
DIRECTING LIQUIDATION
OF INTERPLEADER ACCOUNT**

# AMENDED ORDER DIRECTING LIQUIDATION OF INTERPLEADER ACCOUNT[1]

Gunnallen Financial, Inc. has interpleaded certain securities as described in the Inventory of Interpleader Account filed May 18, 2007. Gunnallen is directed to liquidate the Account over the next forty-five (45) days, and deposit the proceeds with the Registry of the Court in an **interest bearing account**.

SO ORDERED.

    s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: July 25, 2007

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, July 25, 2007, by electronic and/or ordinary mail.

    s/Julie Owens
Case Manager, (313) 234-5160

S:\LORI\Cases\First Equity v. Target\amdLiquidation Order.wpd

---

[1] The order is amended to direct the funds be deposited in an interest bearing account.