**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

FIRST EQUITY CORPORATION, a Michigan
corporation; and COMPUSONICS VIDEO
CORPORATION, a Colorado corporation,

                Plaintiffs,

-vs-

TARGET HOLDING B.V., a consummated
Netherlands business entity, SENOL HALFAR, a
citizen of Turkey and Germany, GEORGE
BURMANN, a citizen of Germany and a resident
of the United States; and GUNNALLEN
FINANCIAL, INC., a Florida corporation,

                Defendants.

Case No. 05-CV-70341-DT
HON: AVERN COHN
Magistrate Judge Steven D. Pepe

_____/

**ORDER ENTERING DEFAULTS AGAINST DEFENDANTS
TARGET HOLDING B.V. AND SENOL HALFAR
<u>PURSUANT TO FED. R. OF CIV. P. 55</u>**

This Court having read and considered Plaintiffs' Motion for Entry of Defaults and Default Judgments Against Defendants Target Holding B.V. and Senol Halfar Pursuant to Fed. R. Civ. P.55, the matter having been heard on September 12, 2007, and this Court being sufficiently advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that Defendants Target Holding B.V. and Senol Halfar are both found in default, and defaults are hereby entered against them;

IT IS HEREBY FURTHER ORDERED that Plaintiffs shall file a Brief or Memorandum detailing or explaining the damages sought to be recovered by the

Plaintiffs against Defendants Target Holding B.V. and Senol Halfar for purposes of determining the amounts of the Plaintiffs' damages against the Defendants for purposes of the entry of money judgments, and the matter shall be set for hearing.


Dated: December 20, 2007                         s/Avern Cohn
                                                 U.S. DISTRICT JUDGE