UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIRST EQUITY CORPORATION,
COMPUSONIC VIDEO CORPORATION,          CIVIL ACTION NO. 05-70341

       Plaintiffs,          DISTRICT JUDGE AVERN COHN

v.

TARGET HOLDING, B.V.,
SENOL HALFAR

       Defendants.
_____/

## AMENDED ORDER DISBURSING FUNDS

Monies in the amount of $36,946.37 having previously been deposited with the Clerk in this matter pursuant to the Amended Order Directing Liquidation of Interpleader Account entered on July 25, 2007,

IT IS HEREBY ORDERED that the Clerk is directed to pay $36,946.37 including any accrued interest, less any fees pursuant to LR 67.1, to First Equity Corporation in care of Jeffery D. Meek, Jeffrey D. Meek Associates, 38705 Seven Mile Road, Suite 400, Livonia, MI 48152-1056, to be applied on the judgment entered against Target Holding B.V. and Senol Halfar on this date in favor of First Equity Corporation.

SO ORDERED.

Dated: February 1, 2008        s/Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the parties of record and the attached listing (Exhibit A) on this date, February 1, 2008, by electronic and/or ordinary mail.

                                          s/Julie Owens
                                          Case Manager, (313) 234-5160