**05-70341 First Equity Corp., et al v. Target Holding, BVIO, et al**

**EXHIBIT A**

Target Holding BV
c/o Thomas Brancaleone
T.S. Industries, LLC
P.O. Box 70
Birmingham, MI 48012

Senol Halfar
Partner/Projecktmanager
Halfar Consulting GMBH
Grobenbaumer WEg 5
40472 Dusseldorf, Germany

Target Holding BV
Avenue Caranique 221
6221 KX Maastricht
The Netherlands